NUMBER 13-06-00582-CV


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________


IN RE: PATRICIA BROWN AND ALEXANDER DARE 

____________________________________________________________


On Petition for Writ of Mandamus

____________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Rodriguez, and Garza


Memorandum Opinion (1) Per Curiam 



 Relators, Patricia Brown and Alexander Dare, filed a petition for writ of mandamus
in the above cause on October 11, 2006. The Court, having examined and fully
considered the petition for writ of mandamus, is of the opinion that relators have not shown
themselves entitled to the relief sought. Accordingly, the petition for writ of mandamus is
DENIED. See Tex. R. App. P. 52.8. 

 PER CURIAM


Memorandum Opinion delivered and filed

this 12th day of October, 2006.
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not
required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).